UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

RAMON ALBERTO RIOS-RIOS,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Civil No. 01-2222 (JAF)

(Criminal No. 95-029)

**O R D E R**

Petitioner, Ramón Alberto Ríos-Ríos, requests a certificate of appealability from this court to appeal our denial on March 15, 2005, of his 28 U.S.C. § 2255 petition, See 28 U.S.C. § 2253(c)(2) (1996).

A certificate of appealability may be granted only upon a substantial showing of the denial of a constitutional right. 28 U.S.C. §§ 2253(c)(2) and (3) (1996). Upon reviewing the record, we find Petitioner's claim entirely insubstantial for the reasons stated in our Opinion and Order of March 15, 2005, Docket Document No. 13. Accordingly, we **DENY** Petitioner's request for a certificate of appealability.

**IT IS SO ORDERED**.

San Juan, Puerto Rico, this 12th day of July, 2005.

S/José Antonio Fusté
JOSE ANTONIO FUSTE
Chief U. S. District Judge